**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 96-7062**

---

WAYLON DALE NUNNERY,

Petitioner - Appellant,

versus

FRANKLIN E. FREEMAN, JR.; TOM MARTIN, Warden;
ATTORNEY GENERAL OF NORTH CAROLINA,

Respondents - Appellees.

---

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh.  W. Earl Britt, Senior District Judge.  (CA-95-227-5-BR)

---

Submitted:  March 10, 1998          Decided:  April 20, 1998

---

Before WILKINS and HAMILTON, Circuit Judges, and HALL, Senior Circuit Judge.

---

Dismissed by unpublished per curiam opinion.

---

Waylon Dale Nunnery, Appellant Pro Se.  Clarence Joe DelForge, III, OFFICE OF THE ATTORNEY GENERAL OF NORTH CAROLINA, Raleigh, North Carolina, for Appellees.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Appellant seeks to appeal the district court's order denying relief on his petition filed under 28 U.S.C. § 2254 (1994) (current version at 28 U.S.C.A. § 2254 (West 1994 & Supp. 1997)). We have reviewed the record and the district court's opinion accepting in part the recommendation of the magistrate judge and find no reversible error. Accordingly, we deny Appellant's request for appointed counsel, deny a certificate of probable cause to appeal and dismiss the appeal. See Lindh v. Murphy, 521 U.S. ___, 65 U.S.L.W. 4557 (U.S. June 23, 1997) (No. 96-6298). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED